IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01287-WDM-MJW

MOHAMMED OMAR, et al.,

Plaintiff(s),

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion to Vacate Scheduling Conference and Set Briefing Schedule (docket no. 4) is DENIED.  This court needs to meet and confer with the parties and counsel at the Rule 16 Scheduling Conference before entering any further orders in this case.

Date: August 13, 2007