IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01287-WDM-MJW

MOHAMMED OMAR, et al.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Approval of Proposed Briefing Schedule (Docket No. 14) is granted. Accordingly, plaintiffs shall file their response to the Motion to Dismiss the Federal Bureau of Investigation and for Remand to U.S. Citizenship and Immigration Services, or in the Alternative, for a Stay (Docket No.13) on or before November 5, 2007, and defendants shall file a reply on or before December 5, 2007.

Date: October 5, 2007