IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01287-WDM-MJW

MOHAMMED OMAR, et al.,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CLAIMS OF MODAK AND JABAI ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims of Jamil Modak and Ashraf Jabal are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 26, 2007.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge

PDF FINAL