IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01287-WDM-MJW

MOHAMMED OMAR, et al.,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF QASSIM ALSAMIR'S CLAIMS ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice as to plaintiff Qassim Alsamir only, in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims of Qassim Alsamir are dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on April 24, 2008.

                                                      BY THE COURT:

                                                    s/ Walker D. Miller
                                                    United States District Judge

PDF FINAL