IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01287-WDM-MJW

MOHAMMED OMAR, et al.,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

    Defendants.

## NOTICE OF DISMISSAL

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims of Mohammed Omar and Jalal Alenezy are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees. The claims of Archraf Hamdane are dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 9, 2008.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge

PDF FINAL